IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MISSISSIPPI LIMESTONE CORPORATION,
as Owner and Operator of one 17' Crew
Boat, for Exoneration From or Limitation
of Liability                                         No. 4:09-CV-00036-SA-DAS

ORDER GRANTING DEFAULT

This Court, having duly issued a Monition against all persons claiming damages for any and all loss, damage, death or injury caused by or resulting from the incident alleged to have occurred on or about March 5, 2009, as set forth in the Complaint herein, and requiring them to make proof of their Claims on or before the 7th day of August, 2009, at the office of the Clerk of this Court for the United States District Court, Northern District of Mississippi, subject to the right of any person interested to question or controvert the same, and publication of said Monition having been duly given as required by the rules and practices of this Court, all of which appears by the Notices of filing herein, wherein it appears from the records of said Court that the following claims have been presented pursuant to said Monition:

1. Jeffrey Holloway, by and through his attorney, Timothy J. Young, 400 Poydras Street, Suite 2090, New Orleans, LA 70130;

2. Willie "Adam" Bennett, by and through his attorney, Timothy J. Young, 400 Poydras Street, Suite 2090, New Orleans, LA 70130; and

3. Jeffrey Holloway and Rhonda Holloway, on behalf of their deceased son, Jeffrey Allen Holloway, by and through their attorney, Timothy J. Young, 400 Poydras Street, Suite 2090, New Orleans, LA 70130.

And it also appearing that due proclamation having been made for all persons having or claiming damage for any and all loss, damage, death and injury arising out of said alleged accident to appear and answer the Complaint herein and present their Claims, and no other person, having appeared.

DEFAULT IS HEREBY ENTERED against all persons, or business entities claiming damages for any and all loss, damage, death or injury caused by or resulting from the aforesaid alleged incident who has not already intervened or filed a complaint or claim in this action.

SO ORDERED, this 7th day of December, 2009.

<u>s/ Sharion Aycock</u>
**UNITED STATES DISTRICT JUDGE**