IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MISSISSIPPI LIMESTONE CORPORATION,     PLAINTIFF
as Owner and Operator of one 17' Crew
Boat, for Exoneration From or Limitation
of Liability     No. 4:09-CV-00036-SA-DAS

V.

JEFFREY HOLLOWAY, ET. AL     CLAIMANTS

## ORDER LIFTING PREVIOUSLY ISSUED STAY
## AND STAYING LIMITATION PROCEEDING

Considering Claimants' foregoing Motion to Lift the Stay [24] in this matter, it is hereby ordered that the previously issued stay hereby is lifted such that Claimants may adjudicate the value of their claim in this matter in the previously filed state court case.

Furthermore, the Limitation proceeding in this Court hereby is stayed until such time as Claimants may adjudicate the value of their claims in state court.

Finally, Claimants hereby are enjoined and prohibited from seeking to enforce any judgment that may be obtained in their favor and against Mississippi Limestone Corporation until such time as the Limitation proceeding in this matter can be fully adjudicated in this Court.

The parties are ordered to notify this Court at such time as it is necessary to lift the stay in this matter.

SO ORDERED, this 7th day of December, 2009.

                         **s/ Sharion Aycock**
                         **UNITED STATES DISTRICT JUDGE**